IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**XIAOKE WAN,**

    **Plaintiff,**
**v.**                                                                                  **CASE NO. 1:06-cv-00248-SPM-AK**

**MICHAEL CHERTOFF,**
**EMILIO T GONZALEZ,**
**ROBERT S MUELLER,**
**EVELYN UPCHURCH,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

    This matter is before the Court on Plaintiff's Motion to Dismiss this cause without prejudice. (Doc. 7). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause should be **DISMISSED WITHOUT PREJUDICE**.

    **DONE AND ORDERED** this *8th* day of February, 2007

                             **s/ A. KORNBLUM**
                             **ALLAN KORNBLUM**
                             **UNITED STATES MAGISTRATE JUDGE**